Alan R. Friedman (SBN 241904)
    afriedman@foxrothschild.com
Mette H. Kurth (SBN 187100)
    mkurth@foxrothschild.com
Fox Rothschild LLP
1800 Century Park East Suite 300
Los Angeles, CA 90067-1506
Telephone:   310-598-4150
Facsimile:   310-556-9828

Attorneys for The Weinstein Company LLC
and The Weinstein Company Holdings LLC

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GENIUS PRODUCTS, LLC,<br><br>    Debtor. | Case No. 2:11-bk-62283-RN<br><br>Chapter 7 |
| ALFRED H. SIEGEL, CHAPTER 7 TRUSTEE FOR THE ESTATE OF GENIUS PRODUCTS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>THE WEINSTEIN COMPANY LLC and THE WEINSTEIN COMPANY HOLDINGS LLC,<br><br>    Defendants. | Adv. No. 2:15-ap-1241-RN<br><br>**DECLARATION OF ALAN R. FRIEDMAN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE CHAPTER 7 TRUSTEE'S COMPLAINT** |

I, Alan R. Friedman, declare that:

1. I am a partner in Fox Rothschild, LLP and am admitted to practice in the State of California and before this Court. I am the attorney of record for Defendants The Weinstein Company LLC and The Weinstein Company Holdings LLC (the "Defendants"). I submit this Declaration in order to provide the Court with copies of documents referred to in the Defendants' accompanying Request for Judicial Notice in Support of Defendants' Motion to Dismiss to dismiss the Trustee's Complaint (the "Motion").

2. A true and correct copy of the Proxy Statement dated June 29, 2006 filed with the Securities and Exchange Commission (the "SEC") by Genius Products, Inc. ("GPI") is attached hereto as **Exhibit AF-1.**

3. A true and correct copy the Form 8-K dated February 23, 2009 and Press Release attached thereto filed with the SEC by GPI is attached hereto as **Exhibit AF-2.**

4. A true and correct copy of the First Amended Complaint dated May 2, 2014 filed by the Chapter 7 Trustee is attached hereto as **Exhibit AF-3.**

5. A true and correct copy of the Complaint dated May 8, 2015 filed by the Chapter 7 Trustee is attached hereto as **Exhibit AF-4.**

6. In addition, reference is made to the Declaration of Stephen Scibelli, dated July 2, 2015, which is submitted for the purpose of providing the Court with copies of documents referred to in the Motion. The Scibelli Declaration states that two of those documents have been redacted. See Scibelli Decl. ¶¶ 4, 6. Prior to the Trustee's filing of his Complaint in this proceeding, I provided an unredacted copy of the MOU and Restructuring Agreement to the Trustee's counsel Levene, Neale, Bender, Yoo & Brill L.L.P. and an unredacted copy of the Purchase Agreement to the Trustee's counsel Robbins Kaplan LLP.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 6th day of July, 2015, at New York, New York.

_____
Alan R. Friedman
FOX ROTHSCHILD LLP
Attorneys for The Weinstein Company LLC
and The Weinstein Company Holdings LLC

---

3
DECLARATION OF ALAN R. FRIEDMAN IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS THE CHAPTER 7 TRUSTEE'S COMPLAINT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Fox Rothschild, LLP, 1800 Century Park E, Suite 300, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): DECLARATION OF ALAN R. FRIEDMAN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE CHAPTER 7 TRUSTEE'S COMPLAINT

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 07/06/2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   David B. Shermano    dshermano@robinskaplan.com
   James P. Menton, Jr.    JPMenton@rkmc.com
   Michael B. Lubic    michael.lubic@klgates.com    Manoj D. Ramia    manoj.ramia@klgates.com

   ☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

   ☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

   Hon. Richarad M. Neiter
   U.S. Bankruptcy Court
   255 E. Temple Street
   Los Angeles, CA 90012

   ☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/6/15 | Claudia LeBrane | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE