ROBINS KAPLAN LLP
David B. Shemano (State Bar No. 176020)
dshemano@robinskaplan.com
James P. Menton, Jr. (State Bar No. 159032)
jmenton@robinskaplan.com
2049 Century Park East, Suite 3400
Los Angeles, CA 90067
Telephone: 310-552-0130
Facsimile: 310-229-5800

Special Litigation Counsel for Alfred H. Siegel,
Chapter 7 Trustee

FILED & ENTERED

OCT 31 2016

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kaaumoan DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| In re | Case No. 2:11-bk-62283-BB |
|---|---|
| GENIUS PRODUCTS, LLC, | Chapter 7 |
| Debtor. | |
| ALFRED H. SIEGEL, CHAPTER 7 TRUSTEE FOR THE ESTATE OF GENIUS PRODUCTS, LLC, | Adv. No. 2:15-ap-01241-BB |
| Plaintiff, | **ORDER APPROVING STIPULATED PROTECTIVE ORDER** |
| v. | Hearing and Status Conference: |
| THE WEINSTEIN COMPANY LLC and THE WEINSTEIN COMPANY HOLDINGS LLC, | Date: November 1, 2016 Time: 2:00 p.m. Place: Courtroom 1539 |
| Defendants. | |

The Court having read and considered the *Stipulated Protective Order* between Alfred H. Siegel, Chapter 7 Trustee For The Bankruptcy Estate Of Genius Products, LLC, on the one hand, and Defendants The Weinstein Company LLC and The Weinstein Company Holdings LLC, on the other hand, filed with the Court on September 14, 2016 [Docket No. 65], and good cause appearing therefor:

61246726.2

**IT IS HEREBY ORDERED THAT**:

1. The *Stipulated Protective Order* (the "Stipulation") filed with the Court on September 14, 2016 [Docket No. 65] is hereby **APPROVED** in all respects.

2. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order and the Stipulation.

####

Date: October 31, 2016

Sheri Bluebond
United States Bankruptcy Judge