| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>ROBINS KAPLAN LLP<br>David B. Shemano (State Bar No. 176020)<br>dshemano@robinskaplan.com<br>James P. Menton, Jr. (State Bar No. 159032)<br>jmenton@robinskaplan.com<br>2049 Century Park East, Suite 3400<br>Los Angeles, CA  90067<br>Telephone: 310-552-0130<br>Facsimile: 310-229-5800<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*  Alfred H. Siegel, Chapter 7 Trustee | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>GENIUS PRODUCTS, LLC<br><br><br>Debtor(s). | CASE NO.: 2:11-bk-62283-BB<br>CHAPTER: 7<br>ADVERSARY NO.: 2:15-ap-01241-BB |
|---|---|
| ALFRED H. SIEGEL, CHAPTER 7 TRUSTEE FOR THE ESTATE OF GENIUS PRODUCTS, LLC<br><br>Plaintiff(s),<br>vs.<br>THE WEINSTEIN COMPANY LLC and THE WEINSTEIN COMPANY HOLDINGS LLC,<br><br>Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING**<br>**RE:** (*title of motion[1]*): <u>Defendants' Motion for Judgment on the Pleadings</u> |

PLEASE TAKE NOTE that the order or judgment titled <u>Order Denying Motion for Judgment on the Pleadings</u>

was lodged on (*date*) <u>  11/08/2016  </u> and is attached.  This order relates to the motion which is docket number <u> 68 </u>.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*  Page 1  **F 9021-1.2.ADV.NOTICE.LODGMENT**

# EXHIBIT A

ROBINS KAPLAN LLP
David B. Shemano (State Bar No. 176020)
dshemano@robinskaplan.com
James P. Menton, Jr. (State Bar No. 159032)
jmenton@robinskaplan.com
2049 Century Park East, Suite 3400
Los Angeles, CA  90067
Telephone: 310-552-0130
Facsimile: 310-229-5800

Special Litigation Counsel for Alfred H. Siegel,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>GENIUS PRODUCTS, LLC,<br><br>　　　　Debtor. | Case No.  2:11-bk-62283-BB<br><br>Chapter 7 |
| ALFRED H. SIEGEL, CHAPTER 7 TRUSTEE FOR THE ESTATE OF GENIUS PRODUCTS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE WEINSTEIN COMPANY LLC and THE WEINSTEIN COMPANY HOLDINGS LLC,<br><br>　　　　Defendants. | Adv. No. 2:15-ap-01241-BB<br><br>**ORDER DENYING MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br><u>Hearing</u><br><br>Date:  November 1, 2016<br>Time:  2:00 p.m.<br>Courtroom:  1539 |

　　　　The Motion for Judgment on the Pleadings ("Motion") filed by defendants The Weinstein Company LLC and The Weinstein Company Holdings LLC ("Defendants") came on for hearing on November 1, 2016, at 2:00 p.m. (the "Hearing") before the Honorable Sheri A. Bluebond, United States Bankruptcy Judge.  Appearances were made as reflected in the Court's record of the Hearing.

61255295.2

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

1. The Court having considered the Motion and the papers filed in support of the Motion, the Opposition to the Motion filed by plaintiff Alfred A. Siegel, chapter 7 trustee for the bankruptcy estate of Genius Products, LLC, the arguments of counsel for the parties at the Hearing on the Motion, and the files and records in this adversary proceeding, and determining that the Motion should be denied without prejudice for the reasons stated on the record, and for other good cause appearing therefor,

IT IS HEREBY ORDERED:

1. The Motion is denied in its entirety without prejudice.

####

61255295.2

- 2 -

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

ROBINS KAPLAN LLP
2049 Century Park East, Suite 3400
Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **Notice of Lodgment of Order or Judgment in Adversary Proceeding Re: Defendants' Motion for Judgment on the Pleadings** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing NOTICE OF LODGMENT will be served by the court via NEF and hyperlink to the document. On (*date*) **November 8, 2016**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Alan R Friedman     afriedman@foxrothschild.com, dkatz@foxrothschild.com
- Mette H Kurth     mkurth@foxrothschild.com, pchlum@foxrothschild.com
- James P Menton     JPMenton@rkmc.com
- Manoj D Ramia     manoj.ramia@klgates.com, klgatesbankruptcy@klgates.com
- David B Shemano     dshemano@robinskaplan.com
- Alfred H Siegel (TR)     Al.siegel@asiegelandassoc.com, Lisa.irving@asiegelandassoc.com;Margo.tzeng@asiegelandassoc.com;asiegel@ecf.epiqsystems.com
- United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **November 8, 2016** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Judge:**
Hon. Sheri Bluebond
United States Bankruptcy Court
255 E. Temple Street, Suite 1534 / Courtroom 1539
Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**
61257297.1

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 8, 2016 | Diana Tehranfar | /s/ Diana Tehranfar |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**F 9013-3.1.PROOF.SERVICE**
61257297.1