| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>ROBINS KAPLAN LLP<br>David B. Shemano (State Bar No. 176020)<br>dshemano@robinskaplan.com<br>James P. Menton, Jr. (State Bar No. 159032)<br>jmenton@robinskaplan.com<br>2049 Century Park East, Suite 3400<br>Los Angeles, CA 90067<br>Telephone: (310) 552-0130<br>Facsimile: (310) 229-5800<br><br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for* Special Litigation Counsel for<br>  Alfred H. Siegel, Chapter 7 Trustee | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - *LOS ANGELES* DIVISION**

| | |
|---|---|
| In re:<br><br>GENIUS PRODUCTS, LLC,<br><br><br><br>Debtor(s). | CASE NO.:  2:11-BK-62283-BB<br>CHAPTER: 7<br>ADVERSARY NO.: 2:15-AP-01241-BB |
| ALFRED H. SIEGEL, CHAPTER 7 TRUSTEE FOR THE ESTATE OF GENIUS PRODUCTS, LLC,<br><br>Plaintiff(s),<br><br>vs.<br><br>THE WEINSTEIN COMPANY LLC, and THE WEINSTEIN COMPANY HOLDINGS LLC<br><br>Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:  SCHEDULING ORDER** |

PLEASE TAKE NOTE that the order or judgment titled SCHEDULING ORDER was lodged on (*date*)  July 13, 2017, and is attached.  This order relates to the STATUS CONFRENCE HELD ON JULY 11, 2017, which is referenced at docket number 108.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# EXHIBIT A

1  ROBINS KAPLAN LLP
   David B. Shemano (State Bar No. 176020)
2  dshemano@robinskaplan.com
   James P. Menton, Jr. (State Bar No. 159032)
3  jmenton@robinskaplan.com
   2049 Century Park East, Suite 3400
4  Los Angeles, CA  90067
   Telephone: 310-552-0130
5  Facsimile: 310-229-5800

6  Special Litigation Counsel for Alfred H. Siegel,
   Chapter 7 Trustee

7

8                **UNITED STATES BANKRUPTCY COURT**

9                **CENTRAL DISTRICT OF CALIFORNIA**

10                    **LOS ANGELES DIVISION**

11

12  In re                                          Case No.  2:11-bk-62283-BB

13  GENIUS PRODUCTS, LLC,                          Chapter 7

14                    Debtor.

                                                    Adv. No. 2:15-ap-01241-BB
15
    ALFRED H. SIEGEL, CHAPTER 7
16  TRUSTEE FOR THE ESTATE OF
    GENIUS PRODUCTS, LLC,                          **SCHEDULING ORDER**
17
                      Plaintiff,                    Date:  July 11, 2017
18                                                  Time: 2:00 p.m.
           v.                                       Courtroom: 1539
19
    THE WEINSTEIN COMPANY LLC, and
20  THE WEINSTEIN COMPANY
    HOLDINGS LLC,
21
                      Defendants.
22

23        On July 11, 2017, at 2:00 p.m., a status conference scheduled in the above-captioned

24  adversary proceeding came on regularly for hearing, the Honorable Sheri Bluebond, United States

25  Bankruptcy Judge, presiding.  James P. Menton, Jr. and David B. Shemano of Robins Kaplan

26  LLP appeared on behalf of Plaintiff, Alfred H. Siegel, the chapter 7 trustee for the estate of

27  Genius Products, LLC.  William H. Stassen of Fox Rothschild LLP appeared on behalf of

28  defendants The Weinstein Company LLC and The Weinstein Company Holdings LLC.

61353570.1

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

1    Good cause appearing, the Court hereby ORDERS:

2    1.    The last day to complete fact discovery is June 29, 2018.

3    2.    A status conference shall be held on October 17, 2017, at 2:00 p.m. in Courtroom

4          1539 of the Court.  The parties shall file a joint status report in connection

5          therewith on or before October 3, 2017.

6                                    ####

7

8

9

10

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

61353570.1                              - 2 -

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
Robins Kaplan, 2049 Century Park East, Suite 3400, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE: STATUS CONFERENCE HELD ON JULY 11, 2017,** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Alan R Friedman     afriedman@foxrothschild.com, dkatz@foxrothschild.com
- Mette H Kurth     mkurth@foxrothschild.com, pchlum@foxrothschild.com
- James P Menton     JPMenton@rkmc.com
- Manoj D Ramia     manoj.ramia@klgates.com, klgatesbankruptcy@klgates.com
- David B Shemano     dshemano@robinskaplan.com
- Alfred H Siegel (TR)     Al.siegel@asiegelandassoc.com, Lisa.irving@asiegelandassoc.com;Margo.tzeng@asiegelandassoc.com;asiegel@ecf.epiqsystems.com
- United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**Judge:**
Hon. Sheri Bluebond
United States Bankruptcy Court
255 E. Temple Street, Suite 1534 / Courtroom 1539
Los Angeles, CA 90012

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 13, 2017 | Debbie Vaughn | /s/ *Debbie Vaughn* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.