| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| David B. Shemano (SBN176020)<br>dshemano@robinskaplan.com<br>James P. Menton, Jr. (SBN 159032)<br>jmenton@robinskaplan.com<br>ROBINS KAPLAN LLP<br>2049 Century Park East, Suite 3400<br>Los Angeles, CA 90067<br>Telephone:  310-552-0130<br>Facsimile: 310-229-5800<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:*  Plaintiff Alfred Siegel, Chapter 7 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -  LOS ANGELES DIVISION**

| In re:<br>GENIUS PRODUCTS, LLC,<br><br><br><br><br>Debtor(s). | CASE NO.: 2:11-BK-01287-BB<br><br>ADVERSARY NO.: 2:15-ap-01241-BB<br><br>CHAPTER: 7 |
|---|---|
| ALFRED H. SIEGEL, CHAPTER 7 TRUSTEE FOR THE ESTATE OF GENIUS PRODUCTS, LLC,<br><br><br>Plaintiff(s).<br>vs.<br>THE WEINSTEIN COMPANY LLC, and THE WEINSTEIN COMPANY HOLDINGS LLC,<br><br><br><br>Defendant(s). | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE: 10/17/2017<br>TIME: 2:00 pm<br>COURTROOM: 1539<br>ADDRESS: 255 East Temple Street<br>Los Angeles, CA 90012 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

**A.    PLEADINGS/SERVICE:**

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?    ☒ Yes    ☐ No
2. Have all parties filed and served answers to the Claims Documents?    ☒ Yes    ☐ No
3. Have all motions addressed to the Claims Documents been resolved?    ☒ Yes    ☐ No
4. Have counsel met and conferred in compliance with LBR 7026-1?    ☒ Yes    ☐ No

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                          Page 1                          **F 7016-1.STATUS.REPORT**

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below (*or on attached page*):

**B. READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?

   | Plaintiff | Defendant |
   |---|---|
   | See Comments under Section G. | See Comments under Section G. |

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

   | Plaintiff | Defendant |
   |---|---|
   | More than four months. See Comments under Section G. | More than four months. See Comments under Section G. |

3. When do you expect to complete <u>your</u> discovery efforts?

   | Plaintiff | Defendant |
   |---|---|
   | See Comments under Section G. | See Comments under Section G. |

4. What additional discovery do you require to prepare for trial?

   | Plaintiff | Defendant |
   |---|---|
   | Substantial written discovery and depositons of parties and third party discovery; expert discovery. | Substantial written discovery and depositons of parties and third party discovery; expert discovery. |

**C. TRIAL TIME:**

1. What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?

   | Plaintiff | Defendant |
   |---|---|
   | Unknown at this time. | Unknown at this time. |

2. How many witnesses do you intend to call at trial (*including opposing parties*)?

   | Plaintiff | Defendant |
   |---|---|
   | Unknown at this time. | Unknown at this time. |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 2    **F 7016-1.STATUS.REPORT**

3. How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
|---|---|
| Unknown at this time. | Unknown at this time. |

**D. PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pretrial conference ☒ is ☐ is not requested | Pretrial conference ☒ is ☐ is not requested |
| Reasons: | Reasons: |
| Narrow issues for trial. Determining when conference should take place is premature. See Comments under Section G. | Narrow issues for trial. Determining when conference should take place is premature. See Comments under Section G. |

| Plaintiff | Defendant |
|---|---|
| Pretrial conference should be set <u>after</u>: | Pretrial conference should be set <u>after</u>: |
| (*date*) _____ | (*date*) _____ |

**E. SETTLEMENT:**

1. What is the status of settlement efforts?

   The parties conducted a mediation on June 12, 2017. See comments under Section G.

2. Has this dispute been formally mediated?    ☒ Yes    ☐ No
   If so, when?
   The parties conducted a mediation on June 12, 2017. See comments under Section G.

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
|---|---|
| ☐ Yes  ☒ No | ☐ Yes  ☒ No |

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                    Page 3                    **F 7016-1.STATUS.REPORT**

F.  **FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below.  Failure to select either box below may be deemed consent.

|   Plaintiff   |   Defendant   |
|---|---|
| ☒ I do consent | ☒ I do consent |
| ☐ I do not consent | ☐ I do not consent |
| to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

G.  **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Sections B.1 and B.2 -- The lawsuit spans over a five year period and involves multiple agreements, involving both the parties to this action and non-parties, entered into at different time periods, and multiple allegedly fraudulent transfers and other activities. The parties expect extensive fact and expert discovery, including written, electronic and deposition discovery from parties and non-parties.  The parties anticipate filing motions for summary adjudication.   See also additional information in following paragraph.

Sections B.3 and B.4 -- The parties expect extensive fact and expert discovery, including written, electronic and deposition discovery from parties and non-parties. An extensive number of potential party and non-party witnesses are in at least two jurisdictions (California and New York) and potentially more.  The Court set 6/29/18 as the last day to complete fact discovery by its 7/14/17 order.  Since the last status conference, the parties continued with rolling document productions and defendants served a document subpoena on World Wrestling Entertainment, Inc. to which it has responded. Court intervention may become necessary regarding discovery matters.

Sections C and D -- Any estimate concerning trial matters is premature, including the scheduling of a pre-trial conference.

Section E -- The parties conducted a mediation with Bruce Friedman, Esq. of JAMS on June 12, 2017, but no settlement was reached; the parties have explored but not reached a settlement since then.

The parties request no appearance be required at the status conference and that it be continued for 2-3 months.

Respectfully submitted,

Date:  10/02/2017

Robins Kaplan LLP
Printed name of law firm

/s/ James P. Menton, Jr.
Signature

James P. Menton, Jr.
Printed name

Attorney for: Plaintiff

Date:  9/29/17

Fox Rothschild LLP
Printed name of law firm

*[signature]*
Signature

Alan R. Friedman/William H. Stassen
Printed name

Attorney for: Defendants

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                         Page 4                                     F 7016-1.STATUS.REPORT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled: **JOINT STATUS REPORT [LBR 7016-1(a)(2)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 2, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Alan R Friedman afriedman@foxrothschild.com, dkatz@foxrothschild.com
- Mette H Kurth mkurth@foxrothschild.com, pchlum@foxrothschild.com
- James P Menton JPMenton@rkmc.com
- Manoj D Ramia manoj.ramia@klgates.com, klgatesbankruptcy@klgates.com
- David B Shemano dshemano@robinskaplan.com
- Alfred H Siegel (TR) Al.siegel@asiegelandassoc.com,
- Lisa.irving@asiegelandassoc.com;Margo.tzeng@asiegelandassoc.com; asiegel@ecf.epiqsystems.com
- Benjamin R. King bking@loeb.com
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) **October 2, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Sheri Bluebond
United States Bankruptcy Court
255 E. Temple Street, Suite 1534 / Courtroom 1539
Los Angeles, CA 90012

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 2, 2017 | Debbie Vaughn | /s/ Debbie Vaughn |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.