| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Alan R. Friedman (SBN 241904)<br>  afriedman@foxrothschild.com<br>William H. Stassen (admitted *pro hac vice*)<br>  wstassen@foxrothschild.com<br>Mette H. Kurth (SBN 187100)<br>  mkurth@foxrothschild.com<br>Fox Rothschild LLP<br>1800 Century Park East Suite 300<br>Los Angeles, CA 90067-1506<br>Telephone:     310-598-4150<br>Facsimile:     310-556-9828<br><br>☐  *Individual appearing without attorney*<br>☒  *Attorney for* The Weinstein Company LLC and<br>     The Weinstein Company Holdings LLC | |

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – *LOS ANGELES* DIVISION**

</div>

| | |
|---|---|
| In re:<br><br>Genius Products, LLC,<br><br><br><br><div align="right">Debtor(s).</div> | CASE NO.:  2:11-bk-62283-RN<br>CHAPTER: 7<br>ADVERSARY NO.: 2:15-ap-1241-BB |
| ALFRED H. SIEGEL, CHAPTER 7<br>TRUSTEE FOR THE ESTATE OF<br>GENIUS PRODUCTS, LLC,<br><br><div align="right">Plaintiff(s),</div><br><div align="center">vs.</div><br><br>THE WEINSTEIN COMPANY LLC and<br>THE WEINSTEIN COMPANY<br>HOLDINGS LLC<br><br><br><div align="right">Defendant.</div> | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:** (*title of motion[1]*): <u>**ORDER APPROVING STIPULATION TO CONTINUE STATUS CONFERENCE**</u><br>──────────────────────────── |

PLEASE TAKE NOTE that the order or judgment titled <u>**ORDER APPROVING STIPULATION TO CONTINUE STATUS CONFERENCE**</u> was lodged on (*date*) <u>10/9/2017</u> and is attached.  This order relates to the motion which is docket number <u>120</u>.

---

[1]  Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# EXHIBIT A

Alan R. Friedman (SBN 241904)
    afriedman@foxrothschild.com
William H. Stassen (admitted *pro hac vice*)
    wstassen@foxrothschild.com
Mette H. Kurth (SBN 187100)
    mkurth@foxrothschild.com
Fox Rothschild LLP
1800 Century Park East Suite 300
Los Angeles, CA 90067-1506
Telephone:    310-598-4150
Facsimile:    310-556-9828

Attorneys for The Weinstein Company LLC
and The Weinstein Company Holdings LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:11-bk-62283-RN |
| GENIUS PRODUCTS, LLC, | Chapter 7 |
| Debtor. | |
| ALFRED H. SIEGEL, CHAPTER 7 TRUSTEE FOR THE ESTATE OF GENIUS PRODUCTS, LLC, | Adv. No. 2:15-ap-1241-BB |
| Plaintiff, | **ORDER APPROVING STIPULATION TO CONTINUE STATUS CONFERENCE** |
| v. | Status Conference: Date:  October 17, 2017 Time: 2:00 p.m. Place: Courtroom 1539 |
| THE WEINSTEIN COMPANY LLC and THE WEINSTEIN COMPANY HOLDINGS LLC, | |
| Defendants. | Continued Status Conference: Date: January 30, 2017 Time: 2:00 p.m. Place: Courtroom 1539 |

        The Court having read and considered that certain Stipulation To Continue Status

Conference between Alfred H. Siegel, Chapter 7 Trustee For The Bankruptcy Estate Of Genius

i

1    Products, LLC, on the one hand, and Defendants The Weinstein Company LLC and The

2    Weinstein Company Holdings LLC, on the other hand, filed on October 9, 2017 (the

3    "Stipulation"), and good cause appearing,

4            **IT IS HEREBY ORDERED THAT**:

5            1.        The Stipulation is approved in its entirety.

6            2.        The Status Conference shall be continued from October 17, 2017, at 2:00 p.m. to

7    January 30, 2018 at 2:00 p.m. in Courtroom 1539.  The parties shall file a joint status report in

8    connection therewith on or before January 16, 2018.

9

10                                                    ####

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ACTIVE\51290077.v1-10/9/17

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

Fox Rothschild LLP, 1980 Festival Plaza Drive, Suite 700, Las Vegas, Nevada 89135

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Alan R Friedman**    afriedman@foxrothschild.com, dkatz@foxrothschild.com
- **Mette H Kurth**    mkurth@foxrothschild.com, pchlum@foxrothschild.com
- **James P Menton**    JPMenton@rkmc.com
- **Manoj D Ramia**    manoj.ramia@klgates.com, klgatesbankruptcy@klgates.com
- **David B Shemano**    dshemano@robinskaplan.com
- **Alfred H Siegel (TR)**    Al.siegel@asiegelandassoc.com,
  Lisa.irving@asiegelandassoc.com;Margo.tzeng@asiegelandassoc.com;asiegel@ecf.epiqsystems.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

    Hon. Judge Sheri Bluebond
    United States Bankruptcy Court
    255 E. Temple Street, Suite 1534 / Courtroom 1539
    Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/9/2017 | Patricia Chlum | /s/Patricia Chlum |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.