ROBINS KAPLAN LLP
David B. Shemano (State Bar No. 176020)
*dshemano@robinskaplan.com*
James P. Menton, Jr. (State Bar No. 159032)
*jmenton@robinskaplan.com*
2049 Century Park East, Suite 3400
Los Angeles, CA 90067
Telephone: 310-552-0130
Facsimile: 310-229-5800

Special Litigation Counsel for Alfred H. Siegel,
Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>GENIUS PRODUCTS, LLC,<br><br>Debtor. | Case No. 2:11-bk-62283-BB<br><br>Chapter 7 |
| ALFRED H. SIEGEL, CHAPTER 7 TRUSTEE FOR THE ESTATE OF GENIUS PRODUCTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE WEINSTEIN COMPANY, LLC; and THE WEINSTEIN COMPANY HOLDINGS, LLC,<br><br>Defendants. | Adv. No. 2:15-ap-1241-BB<br><br>**NOTICE OF ERRATA REGARDING DECLARATION OF DAVID B. SHEMANO FILED IN SUPPORT OF APPLICATION OF CHAPTER 7 TRUSTEE FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELMINARY INJUNCTION SHOULD NOT ISSUE**<br><br>**Date of Hearing on Application for TRO:**<br>Date: TBD<br>Time: TBD<br>Place: Courtroom 1539<br>255 East Temple Street<br>Los Angeles, CA 90012 |

61388088.1

1  **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

2  **PLEASE TAKE NOTICE** that Plaintiff Alfred H. Siegel (the "Trustee"), chapter 7 trustee for the estate of Genius Products, LLC (the "Debtor" or "Genius"), filed a version of the *Declaration of David B. Shemano in Support of the Trustee's Application for a Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue* (the "Shemano Declaration") (Docket No. 127), that inadvertently attached an incorrect document as Exhibit R.  Attached hereto is the correct Exhibit R, which is a copy of an article published in *TheWrap* on October 26, 2017.

DATED:  November 3, 2017        **ROBINS KAPLAN LLP**

By:   /s/ David B. Shemano
         David B. Shemano
         James P. Menton, Jr.
         Kevin D. Meek

Special Litigation Counsel for Alfred H. Siegel, Chapter 7 Trustee

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

**Exhibit R**

61388088.1

- 3 -

# Weinstein Co Talking to 22 Buyers, $300 Million Expected Price, Bob Weinstein Must Exit

Viacom, Ron Burkle's Yucaipa interested in embattled business, insider tells TheWrap

Matt Donnelly and Sharon Waxman | October 26, 2017 @ 4:42 PM



Getty Images

The Weinstein Company has lost Colony Capital as prospective buyer but is expected to fetch around $300 million in a sale to be completed by the end of November, an individual familiar with the negotiations told TheWrap.

There are 22 prospective buyers interested including Ron Burkle's Yucaipa, Viacom, MGM and Lionsgate, the insider said. A condition of the sale would include the resignation of Co-Founder and Dimension Films President Bob Weinstein.

Moelis & Company Managing Director Carlos Jimenez is handling the sale on behalf of the TWC board.

ADVERTISING

**Also Read:**
[15 Survivors of Weinstein Sexual Abuse Share Experience, Hope at TheWrap's Power Women Breakfast Los Angeles (Video)](#)

After pulling $35 million in a pledged emergency cash infusion from the company, Tom Barrack's Colony Capital is out of the race entirely, said the insider, but Fortress Investment Group is stepping up to provide the cash.

The studio's board of directors refused a lowball offer of $175 million from Colony for the entire company, worth between $400 million and $500 million prior to the Harvey scandal, [TheWrap reported](#). TWC's portfolio includes a profitable TV division, Dimension and fashion holdings.

TWC needs operational cash for overhead and to finance their various productions and planned theatrical releases, like the Nov. 22 low-budget horror film "Polaroid."

When Colony pulled out last week, one top investment banker suggested bankruptcy would be the only way to "cleanse the asset" was through some kind of reorganized sale. If Fortress holds firm, they could avoid the process alltogether.

**Also Read:**
[Harvey Weinstein Sues The Weinstein Company Over Access to Records](#)

The resignation of Bob Weinstein would be mandatory, the individual said, thanks to [his own recent sexual harassment accusations](#) made by "The Mist" executive producer Julie Segel. Bob vehemently denied the accusations.

A winning TWC buyer would not inherit any criminal liability from disgraced former

11/2/2017   Case 2:15-ap-01241-BB   Doc 132   Filed 11/03/17   Entered 11/03/17 12:57:59   Desc
Main Document   Page 7 of 9
Weinstein Co Talking 22 Buyers, $300 Million Expected Price, Bob Weinstein Must Exit

search...

currently saddled with a lawsuit form one Harvey accuser and from the former CEO himself.

**Show Comments** ▼

## 65 Stars Who Have Condemned Harvey Weinstein (Photos)



*Getty Images*

### 1 of 88

Collaborators denounce disgraced movie mogul over sexual misconduct allegations

In the wake of two **bombshell reports** detailing the sexual harassment, assault and rape allegations against Harvey Weinstein, dozens and dozens of stars have come out to publicly condemn the powerhouse producer and co-founder of Miramax and The Weinstein Company.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

ROBINS KAPLAN LLP
2049 Century Park East, Suite 3400
Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF ERRATA REGARDING DECLARATION OF DAVID B. SHEMANO IN SUPPORT OF APPLICATION OF CHAPTER 7 TRUSTEE FOR A TEMPORARY RESTRAINING ORDER AND A ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **November 3, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Alan R Friedman    afriedman@foxrothschild.com, dkatz@foxrothschild.com
- Benjamin R. King    bking@loeb.com, karnote@loeb.com; ladocket@loeb.com
- Mette H Kurth    mkurth@foxrothschild.com, pchlum@foxrothschild.com
- James P Menton    JPMenton@rkmc.com
- Manoj D Ramia    manoj.ramia@klgates.com, klgatesbankruptcy@klgates.com
- David B Shemano    dshemano@robinskaplan.com
- Alfred H Siegel (TR)    Al.siegel@asiegelandassoc.com, Lisa.irving@asiegelandassoc.com;Margo.tzeng@asiegelandassoc.com;asiegel@ecf.epiqsystems.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **November 3, 2017** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**
61387946.1

**Judge:**
Hon. Sheri Bluebond
United States Bankruptcy Court
Central District of California
255 E. Temple Street, Suite 1534 / Courtroom 1539
Los Angeles, CA 90012

**Counsel for Weinstein:**
William H. Stassen, Esq.
Fox Rothschild LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103

Alan Friedman, Esq.
Fox Rothschild LLP
101 Park Avenue, 17th Floor
New York, NY 10178

**Office of United States Trustee:**
United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 3, 2017 | Kevin D. Meek | /s/ Kevin D. Meek |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
61387946.1

**F 9013-3.1.PROOF.SERVICE**